**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2084**

_____

VINCENT JOHN HALL,

               Plaintiff - Appellant,

      v.

DURON BURNEY, Officer; TOWN OF MAXTON; TAMMY DEESE; GLADYS
DEAN,

               Defendants – Appellees,

      and

MAXTON POLICE DEPARTMENT,

               Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Terrence W. Boyle,
District Judge.  (7:10-cv-00184-BO)

_____

Submitted:  February 27, 2014      Decided:  March 26, 2014

_____

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vincent John Hall, Appellant Pro Se. Ronnie Monroe Mitchell,
MITCHELL LAW GROUP, Fayetteville, North Carolina, Andrew James
Santaniello, CLAWSON & STAUBES, PLLC, Charlotte, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent John Hall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Hall's motion for appointment of counsel and affirm for the reasons stated by the district court. Hall v. Burney, No. 7:10-cv-00184-BO (E.D.N.C. Sept. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED